GRINWALD and another, Respondents, vs. MAYER, Appellant.

*February 11—March 8, 1932.*

*J. H. Schnorenberg* of Hartford, for the appellant.

For the respondents the cause was submitted on the brief of *J. C. Russell* of Hartford.

ROSENBERRY, C. J. So far as this matter relates to any issue pending in the above entitled action, it is a motion for a stay of proceedings. An order denying such a motion is not appealable under the statute. Sec. 274.33, Stats. So far as relief is sought affecting the status of the parties to the suit in the county court of Dodge county, application for relief should have been made in that court. Under the circumstances the appeal must be dismissed.

*By the Court.*—It is so ordered.